IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RAJ KATARIA, HEENA BHANUSHALI, and FIVE STAR CIGAR CORPORATION, | : Civil Action <br> : <br> : |
| Plaintiffs, | : No. 2:25-cv-01137 <br> : |
| v. | : <br> : |
| SYED BOKHARI, SHALINDER NICHANI, AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC, | : <br> : <br> : <br> : JURY TRIAL DEMANDED |
| Defendants, and, | : <br> : |
| FIVE STAR CIGAR CORPORATION, | : <br> : |
| Nominal Defendant. | : |

**ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiffs' Motion for Preliminary Injunctive Relief and Defendants' opposition thereto, it is HEREBY ORDERED that Plaintiffs' Motion is Granted. Defendants are accordingly ORDERED to retain the sum of $1,306,000 in the account held in the name of Northeastern Wholesale Enterprises, LLC., and shall not transfer, withdraw, or otherwise cause the balance of that account to fall below $1,306,000 except upon further Order of this Court.

BY THE COURT

_____J.