## CERTIFICATE OF SERVICE

    I, Jack Meyerson, Esq., hereby certify that the foregoing Motion for Injunctive Relief is being served on Defendants via process server along with the Complaint and Summons. The Motion for Injunctive Relief will thus be duly served according to the date, manner, and location reflected on the Affidavit of Service that will be filed with regard to each Defendant upon completion of service.

Dated: March 4, 2024　　　　　　　　　　　　　　　　/s/ Jack Meyerson  
　　　　　　　　　　　　　　　　　　　　　　　　　　Jack Meyerson, Esq.