THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJ KATARIA et al** | : | |
| *Plaintiff(s)* | : | |
| | : | |
| v. | : | CIVIL NO. 25-1137 |
| | : | |
| **SYED IMRAN BOKHARI et al** | : | |
| *Defendant(s)* | : | |
| | : | |
| | : | |

## STATUS CONFERENCE NOTICE

  Please be advised that a **STATUS CONFERENCE** in the above-captioned case is scheduled to be held **APRIL 1, 2025,** at **10:30 a.m.** *via* **telephone** before the Honorable Kai N. Scott, at 601 Market Street, Philadelphia, PA 19106.

  Plaintiff's counsel is instructed to get all counsel and/or parties on the line and telephone Chambers at **267-299-7590** to be connected with the Judge.

  If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference.

  Counsel must coordinate to complete the attached Status Report and email a joint completed report to Chambers_of_Judge_Kai_Scott@paed.uscourts.gov five (5) business days prior to the status conference.

  Failure to comply with this directive may result in the imposition of sanctions.

  The conference will be continued to another date only in exceptional cases.

                    *s/Tayai Lester*
                     **TAYAI LESTER**
                     Judicial Assistant to the
                     HONORABLE KAI N. SCOTT
                     United States District Court Judge

**Date: March 25, 2025**
**Copies sent via ECF notification.**