# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAJ KATARIA, HEENA BHANUSHALL, | : | |
| and FIVE STAR CIGAR CORPORATION | : | Civil Action |
| Plaintiffs, | : | |
| | : | No. 2:25-cv-001137 |
| vs. | : | |
| | : | |
| SYED BOKHARI, SHALINDER NICHANI | : | |
| AMIR WAQAR AHMED, MOHAMMAD | : | Honorable Kai N. Scott |
| ILLAHI, and NORTHEASTERN | : | |
| WHOLESALE ENTERPRISES, LLC, | : | |
| Defendants, and, | : | |
| | : | |
| FIVE STAR CIGAR CORPORATION, | : | |
| | : | |
| Nominal Defendant | : | |

## PRAECIPE FOR ENTRY OF APPEARANCE

Please enter the appearances of Michael T. Hollister, Esquire and Matthew R. Sherlock as

attorneys for defendants, Syed Bokhari, Shalinder Nichani, and Northeastern Wholesale

Enterprises, LLC in the above-captioned case.

Dated: March 27, 2025

/s/*Michael T. Hollister*
Michael T. Hollister, Esq.
PA Attorney ID 87083
Matthew R. Sherlock, Esq.
PA Attorney ID 310213
ROTHBERG FEDERMAN &
HOLLISTER, P.C.
3103 Hulmeville Road, Suite 200
Bensalem, PA 19020
mhollister@rfh.law
msherlock@rfh.law
*Attorneys for Defendants, Syed*
*Bokhari, Shalinder Nichani, and*
*Northeastern Wholesale*
*Enterprises, LLC.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 27th day of March, 2025 a copy of the foregoing

Praecipe for Entry of Appearance was filed with the Court via the CM/ECF system and served

on the following counsel of record by U.S. mail, postage prepaid:

Jack Meyerson, Esq.
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103

Matthew Miller, Esq.
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103

/s/ *Michael T. Hollister*
    Michael T. Hollister