## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAJ KATARIA, HEENA BHANUSHALL, and FIVE STAR CIGAR CORPORATION | : : : | Civil Action |
| Plaintiffs, | : : : | |
| vs. | : : : | No. 2:25-cv-001137 |
| SYED BOKHARI, SHALINDER NICHANI AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC, | : : : : : | |
| Defendants, and, | : : | |
| FIVE STAR CIGAR CORPORATION, | : : | |
| Nominal Defendant | : | |

### DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Northeastern Wholesale Enterprises, LLC certifies that there is no parent corporation or publicly help corporation holding 10% or more of the stock of Northeastern Wholesale Enterprises, LLC.

Dated: March 26, 2025

/s/*Michael T. Hollister*
Michael T. Hollister, Esq.
PA Attorney ID 87083
ROTHBERG FEDERMAN & HOLLISTER, P.C.
3103 Hulmeville Road, Suite 200
Bensalem, PA 19020
mhollister@rfh.law
*Attorney for Defendants, Syed Bokhari, Shalinder Nichani, and Northeastern Wholesale Enterprises, LLC.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 27th day of March, 2025 a copy of the foregoing Corporate Disclosure Statement was filed with the Court via the CM/ECF system and served on the following counsel of record by U.S. mail, postage prepaid:

Jack Meyerson, Esq.
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103

Matthew Miller, Esq.
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103

/s/*Michael T. Hollister*
Michael T. Hollister