IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Raj Kataria, Heena Bhanushali, *and* Five Star Cigar Corporation, | : : : : |
| *Plaintiffs,* | : : |
| -v- | : : |
| Syed Imran Bokhari, Shalinder Nichani, Amir Waqar Amed, Mohammad Illahi, *and* Northeastern Wholesale Enterprises, LLC, | : : : : |
| *Defendants,* | : : Civil Action No. 2:25-cv-01137-KNS |
| *and*, | : : |
| Five Star Cigar Corporation, | : : |
| Defendant. | : : |

APPEARANCE OF COUNSEL

To:  The Clerk of Court and all Parties of Record

The undersigned are admitted to practice in this Court, and appears in this case for Defendants Amir Waqar Amed, Mohammad Illahi, and Five Star Cigar Corporation.

                                      By: /s/_____
                                          Joseph W. Pizzo
                                          Pa Supreme Court I.D. No. 92335
                                          Kenneth Ferris
                                          Pa Supreme Court I.D. No. 63268
                                          Pizzo Rudolph, LLC
                                          *Attorneys for Defendants*
                                          3103 Hulmeville Road, Suite 200
                                          Bensalem, PA 19020

Dated: April 3, 2025                      tel. 267.704.4500