IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Raj Kataria, Heena Bhanushali, *and*
Five Star Cigar Corporation,

   *Plaintiffs,*

 -v-

Syed Imran Bokhari, Shalinder Nichani,
Amir Waqar Amed, Mohammad Illahi, *and*
Northeastern Wholesale Enterprises, LLC,

   *Defendants,*

 *and,*

Five Star Cigar Corporation,

   Defendant.

Civil Action No. 2:25-cv-01137-KNS

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all Parties of Record

The undersigned are admitted to practice in this Court, and appears in this case for Defendants Amir Waqar Amed, Mohammad Illahi, and Five Star Cigar Corporation.

By: _____
Kenneth Ferris
Pa Supreme Court I.D. No. 92335
Pizzo Rudolph, LLC
*Attorneys for Defendants*
3103 Hulmeville Road, Suite 200
Bensalem, PA 19020
tel. 267.704.4500

Dated: April 4, 2025