IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJ KATARIA, HEENA BHANUSHALI, and FIVE STAR CIGAR CORPORATION, | Civil Action |
| Plaintiffs, | No. 2:25-cv-01137 |
| v. | |
| SYED BOKHARI, SHALINDER NICHANI, AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC, | JURY TRIAL DEMANDED |
| Defendants, and, | |
| FIVE STAR CIGAR CORPORATION, | |
| Nominal Defendant. | |

**ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiffs' Motion for Preliminary Injunctive Relief and Defendants' opposition thereto, it is HEREBY ORDERED that Plaintiffs' Motion is Granted. Defendants are accordingly ORDERED to retain the sum of $1,306,000 in the account held in the name of Northeastern Wholesale Enterprises, LLC., and shall not transfer, withdraw, or otherwise cause the balance of that account to fall below $1,306,000 except upon further Order of this Court.

IT IS FURTHER ORDERED that a custodian shall be appointed to oversee the acquisition and sale of merchandise by Five Star during the pendency of this litigation and/or until this Court enters an Order terminating the appointment. During the term of appointment, all inventory purchases made by Five Star must be authorized by the custodian. The custodian will have full access to the books, records, and accounts of Five Star for the purpose of maintaining

accurate records of inventory purchases, sales, and a ledger of all goods shipped to and from Five Star, including the inventory currently on hand.

BY THE COURT

_____J.