## CERTIFICATE OF SERVICE

I, Jack Meyerson, Esq., hereby certify that on May 5, 2025, a true and correct copy of the foregoing Reply Brief In Support of Plaintiffs' Motion for Leave to Request Additional or Alternative Relief in the Form of an Order Appointing a Receiver or Custodian was served via email on below listed counsel for Defendants Syed Imran Bokhari, Shalinder Nichani, Amir Waqar Ahmed, Mohammad Illahi, and Northeastern Wholesale Enterprises, LLC:

Michael T. Hollister, Esquire
Rothberg, Federman, Hollister
3103 Hulmeville Road, Suite 200
Bensalem, PA 19020
MHollister@rfh.law

Matthew Sherlock, Esq.
Rothberg, Federman, Hollister
3103 Hulmeville Road, Suite 200
Bensalem, PA 19020
MSherlock@rfh.law

Kenneth Ferris, Esquire
Rudolph, Pizzo & Associates, LLC
4 Interplex Dr., Suite 105
Trevose, PA 19053 - 6940
kferris@pizzorudolph.com

Respectfully submitted,

/s/ Jack Meyerson
Jack Meyerson, Esq.