# EXHIBIT B



**Resnick Distributors**
25 Van Dyke Ave, New Brunswick, NJ 08901
Remit To: P.O. BOX 5723, New Brunswick, NJ 08903-5723
Phone: (732)296-8900  Fax: (732)296-8919
E-Mail: customerservice@resnickdistributors.com
Website: www.resnickdistributors.com

**E STATEMENT**

| Page | 1 |
|---|---|
| Date | 01-14-25 |

*To* **640683**
**FIVE STAR CIGAR CORPORATION**

**7950 STATE RD**
**PHILADELPHIA, PA 19136**

**TERMS: NET 14 DAYS**
**72  David Rosen**

Email   5STARCIGAR@GMAIL.COM

| Invoice | Inv Date | Orig Amount | Sub Acct# | Due Date | Past Due | Pmt Date | Payments | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 4661993 | 10/30/24 | 57376.60 | | 11/06/24 | 69 | 01/13/25 | 15300.00 | 42076.60 |
| 4670134 | 11/18/24 | 2934.00 | | 12/02/24 | 43 | | | 2934.00 |
| 4671465 | 11/20/24 | 4242.30 | | 12/04/24 | 41 | | | 4242.30 |
| 4673744 | 11/26/24 | 3075.55 | | 12/10/24 | 35 | | | 3075.55 |
| 4673828 | 11/26/24 | 10385.23 | | 12/10/24 | 35 | | | 10385.23 |
| 4674011 | 11/26/24 | 6081.03 | | 12/10/24 | 35 | | | 6081.03 |
| 4679640 | 12/10/24 | 31594.90 | | 12/24/24 | 21 | | | 31594.90 |
| 4686117 | 12/20/24 | 23082.05 | | 01/03/25 | 11 | | | 23082.05 |
| 4686119 | 12/20/24 | 9504.65 | | 01/03/25 | 11 | | | 9504.65 |
| | Totals | 148276.31 | | | | | 15300.00 | 132976.31 |
| | | | | | | | Total Due | 132976.31 |

If payment has been made, disregard this statement. Credits are valid for up to 180 days of issuance.  Any questions please call credit department at 732-296-8900 ext 145.

Customer Copy