# EXHIBIT C



ENDORSE CHECK HERE
X
                                                                          MP

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

Security features on this document include: Watermark and Micro-Print Endorsement Line. Absence of these features may indicate alteration.
®Padlock design is a certification mark of Check Payment Systems Association



```
                VALLEY STREAM
            FRIDAY, JANUARY 10, 2025
                    10:42


       Withdrawal


       Account Number:  XXXXXXXXXXXX5102
              Amount:  $15,300.00
            New Account
              Balance:  $6.54
       Available Balance:  $6.54




        Teller Number:  D121616
                Bank:  880
              Branch:  314
       Transaction #:  2314016839


          Save for your goals in 2025
            To learn more visit:
         citizensbank.com/savings-tracker
```



# UNITED STATES POSTAL SERVICE.

VALLEY STREAM
111 S FRANKLIN AVE
VALLEY STREAM, NY 11580-6136
(800)275-8777

01/11/2025                              11:13 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $10.45 |
| New Brunswick, NJ 08903 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Mon 01/13/2025 | | | |
| Tracking #: | | | |
| 9505 5152 2086 5011 8305 89 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $10.45 |

Grand Total:                             $10.45

Cash                                     $21.00
Change                                  -$10.55

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 358710-0580
Receipt #: 840-51170038-1-7774543-2
Clerk: 12