# EXHIBIT D



# Invoice

Invoice# INV-003731

**SINISTRO CIGARS**
436 W Broadway
Glendale California
91204
U.S.A
License #LD Q STF 90-006470

Bill To
**Five Star Cigar Corp Wholesale**
7950 State Rd.
Philadelphia
19136 Pennsylvania
U.S.A
License # 51001067

| | |
|---|---:|
| Invoice Date : | 12 Nov 2024 |
| Terms : | Custom |
| Due Date : | 15 Dec 2024 |

MAKE CHECKS PAYABLE TO: SINISTRO

| Item & Description | Back Orders | Qty | Per Box | Discount | Tax | Total Amount |
|---|---|---|---|---|---|---|
| Mr. Black Toro | 0 | 10.00 20 | 102.00 | 30.00% | 0.00 | 714.00 |
| Mr. Black Belicoso | 0 | 10.00 20 | 105.00 | 30.00% | 0.00 | 735.00 |
| Mr. Red Robusto | 0 | 10.00 20 | 91.00 | 30.00% | 0.00 | 637.00 |
| Mr. Red Toro | 2 | 18.00 20 | 94.50 | 30.00% | 0.00 | 1,190.70 |
| Mr. Red Presidente | 0 | 10.00 20 | 105.50 | 30.00% | 0.00 | 738.50 |
| Habana Vieja Toro | 0 | 6.00 20 | 115.00 | 30.00% | 0.00 | 483.00 |
| Last Cowboy Natural Petite Belicoso | 0 | 10.00 20 | 91.60 | 30.00% | 0.00 | 641.20 |

| Item & Description | Back Orders | Qty | Per Box | Discount | Tax | Total Amount |
|---|---|---|---|---|---|---|
| Last Cowboy Natural Toro | 0 | 10.00 20 | 96.60 | 30.00% | 0.00 | 676.20 |
| Last Cowboy Maduro Toro | 0 | 10.00 20 | 119.10 | 30.00% | 0.00 | 833.70 |
| HAT Box Press Robusto | 0 | 10.00 20 | 97.50 | 30.00% | 0.00 | 682.50 |
| HAT Box Press Toro | 0 | 10.00 20 | 100.00 | 30.00% | 0.00 | 700.00 |
| Mr. White Gold Edition Robusto | 0 | 6.00 20 | 122.00 | 30.00% | 0.00 | 512.40 |
| Last Barbarian Robusto | 0 | 10.00 20 | 100.00 | 30.00% | - | 700.00 |
| Last Barbarian Toro | 0 | 10.00 20 | 110.00 | 30.00% | - | 770.00 |
| Mr. Desflorado Robusto | 0 | 10.00 5x52 20 Cigars | 100.00 | 30.00% | 0.00 | 700.00 |
| Mr. Desflorado Toro | 0 | 10.00 6x54 20 Cigars | 110.00 | 30.00% | 0.00 | 770.00 |
| El Burro Corojo Robusto | 0 | 10.00 5x52 20 Cigars | 60.00 | 30.00% | 0.00 | 420.00 |
| El Burro Corojo Toro | 0 | 10.00 6x54 20 Cigars | 65.00 | 30.00% | 0.00 | 455.00 |
| El Burro Corojo Presidente | 0 | 10.00 7x60 20 Cigars | 70.00 | 30.00% | 0.00 | 490.00 |
| El Burro Maduro Robusto | 0 | 10.00 5x52 20 Cigars | 60.00 | 30.00% | 0.00 | 420.00 |
| El Burro Maduro Toro | 0 | 10.00 6x54 20 Cigars | 65.00 | 30.00% | 0.00 | 455.00 |
| El Burro Maduro Presidente | 0 | 10.00 7x60 20 Cigars | 70.00 | 30.00% | 0.00 | 490.00 |
| El Burro Connecticut Robusto | 3 | 7.00 5x52 20 Cigars | 60.00 | 30.00% | 0.00 | 294.00 |

| Item & Description | Back Orders | Qty | Per Box | Discount | Tax | Total Amount |
|---|---|---|---|---|---|---|
| El Burro Connecticut Presidente | 0 | 10.00 7x60 20 Cigars | 70.00 | 30.00% | 0.00 | 490.00 |
| Cowboy Maduro Barberpole Robusto | 0 | 10.00 5x54 20 Cigars | 110.00 | 20.00% | 0.00 | 880.00 |
| Cowboy Maduro Barberpole Toro | 0 | 10.00 6x56 20 Cigars | 120.00 | 20.00% | 0.00 | 960.00 |
| Mr. White Toro | 10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mr. Black Robusto | 10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Last Cowboy Maduro Petite Belicoso | 10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mr. White Gold Edition Toro | 6 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| El Burro Connecticut Toro | 10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  | **Sub Total** | 6,887.80 | 0.00 | 16,838.20 |

Items in Total 257.00

Shipping charge 691.73

**Total** $17,529.93

**Balance Due** $17,529.93

Remarks

1ZV7404WA891963755
1ZV7404WA891599364
1ZV7404WA891161979
1ZV7404WA894551588
1ZV7404WA890668193
1ZV7404WA893411801
1ZV7404WA891682415
1ZV7404WA894380021
1ZV7404WA890404637
1ZV7404WA893355140