# EXHIBIT E

**CUSTOMER'S RECORD**

## Citizens

**OFFICIAL CHECK**

519336072-0

057-0012
0115

January 10 2025

PAY **** $9,529.93 **** DOLLARS

TO THE ORDER OF * SINISTRO *

Drawer: Citizens Bank, N.A.

[signature] pg8 3cg

AUTHORIZED SIGNATURE

MEMO: Sinistro Cigars
Invoice # 003751

⑁"519336072⑁" ⑁:011500120⑁: 2075 2164⑁"

M 8431965-F   93055 New 7/22

---

## Citizens

**OFFICIAL CHECK**

519336072-0

057-0012
0115

January 10 2025

**** $9,529.93 **** DOLLARS

* SINISTRO *

NON-NEGOTIABLE

MEMO: Sinistro Cigars
Invoice # 003751

PAYMENT OF

SAVE THIS RECORD

This Official Check may not be replaced for 90 days after the issue date if lost or stolen.
WE CANNOT GIVE INFORMATION OR SEARCH RECORDS UNLESS THIS COPY IS PRESENTED

ENDORSE CHECK HERE

X

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

Security features on this document include: Watermark and Micro-Print Endorsement Line. Absence of these features may indicate alteration.
®Padlock design is a certification mark of Check Payment Systems Association

## ❊ Citizens™

VALLEY STREAM
FRIDAY, JANUARY 10, 2025
10:38

Fee

Amount: $10.00

Teller Number: D121616
Bank: 880
Branch: 314
Transaction #: 2314016832

Save for your goals in 2025
To learn more visit:
citizensbank.com/savings-tracker

## ❊ Citizens™

VALLEY STREAM
FRIDAY, JANUARY 10, 2025
10:38

Withdrawal

Account Number: XXXXXXXXXXXX5102
Amount: $9,539.93
New Account
Balance: $15,306.54
Available Balance: $15,306.54

Teller Number: D121616
Bank: 880
Branch: 314
Transaction #: 2314016832

Save for your goals in 2025
To learn more visit:
citizensbank.com/savings-tracker



Security features on this document include: Watermark and Micro-Print Endorsement Line. Absence of these features may indicate alteration.

DEPOSITORY BANK ENDORSEMENT

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

NP

X

ENDORSE CHECK HERE

**Citizens**

Yardville
THURSDAY, JANUARY 09, 2025
16:05

Fee

Amount: $10.00

Teller Number: D641715
Bank: 060
Branch: 244
Transaction #: 3244034181

Save for your goals in 2025
To learn more visit:
citizensbank.com/savings-tracker

---

**Citizens**

Yardville
THURSDAY, JANUARY 09, 2025
15:59

Withdrawal

Account Number: XXXXXXXXXXXX5102
Amount: $7,010.00
New Account
Balance: $24,846.47
Available Balance: $82.38

Teller Number: D641715
Bank: 060
Branch: 244
Transaction #: 3244034177

Save for your goals in 2025
To learn more visit:
citizensbank.com/savings-tracker



X

MP

---

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

Security features on this document include: Watermark and Micro-Print Endorsement Line. Absence of these features may indicate alteration.
Padlock design is a certification mark of Check Payment Systems Association

**Citizens**

Yardville
THURSDAY, JANUARY 09, 2025
16:00

Fee

Amount: $10.00

Teller Number: D641715
Bank: 060
Branch: 244
Transaction #: 3244034177

Save for your goals in 2025
To learn more visit:
citizensbank.com/savings-tracker

---

**Citizens**

Yardville
THURSDAY, JANUARY 09, 2025
16:05

Withdrawal

Account Number: XXXXXXXXXXXX0747
Amount: $1,010.00
New Account
Balance: $170.58
Available Balance: $170.58

Teller Number: D641715
Bank: 060
Branch: 244
Transaction #: 3244034181

Save for your goals in 2025
To learn more visit:
citizensbank.com/savings-tracker



### UNITED STATES POSTAL SERVICE.

VALLEY STREAM
111 S FRANKLIN AVE
VALLEY STREAM, NY 11580-6136
(800)275-8777

01/10/2025                                03:48 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $10.45 |

Glendale, CA 91204
Flat Rate
Expected Delivery Date
Mon 01/13/2025
Tracking #:
9505 5152 2086 5010 8303 06

Insurance                                    $0.00
Up to $100.00 included
Total                                        $10.45

Grand Total:                                 $10.45

Cash                                         $10.50
Change                                       -$0.05

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 358710-0580
Receipt #: 840-51170038-1-7773059-1
Clerk: 23