# MEYERSON & MILLER
## ATTORNEYS AT LAW
**1600 MARKET STREET - SUITE 1305**
**PHILADELPHIA, PA 19103**
**(215) 972-1376**
**FAX: (215) 972-0277**
**Website: www.meyersonlawfirm.com**

**JACK A. MEYERSON***                                                                                                **MATTHEW L. MILLER***
email: jmeyerson@meyersonlawfirm.com                            email: mmiller@meyersonlawfirm.com
*Admitted in Pennsylvania and New Jersey

May 8, 2025

**VIA ECF FILING**
The Honorable Kai N. Scott
Eastern District of Pennsylvania
James A. Byrne Courthouse – Room 13 B
601 Market Street
Philadelphia, PA 19106

      Re:    Kataria, et al., v. Bokhari, et al.
                 No. 2:25-CV-01137

Dear Judge Scott:

      This firm represents Raj Kataria, Heena Bhanushali, and Five Star Cigar Corporation, Plaintiffs in the above-captioned matter. I am writing to provide the CV of Edmund George, Esq., whom Plaintiffs propose should be appointed as a custodian to manage and oversee the affairs of Five Star in order to preserve important documents and information and prevent dissipation of assets. Mr. George will be in attendance at the hearing on May 15, 2025 to provide testimony in furtherance of Plaintiffs' application.

      Thank you for your time and attention to this matter.

                                                              Respectfully submitted,

                                                              /s/ Jack Meyerson
                                                              Jack Meyerson, Esq.
                                                              Matthew Miller, Esq.

CC:    Michael Hollister, Esq. (via email)
           Kenneth Ferris, Esq. (via email)
           Patricia Staiano, Esq. (via email)

**EDMOND M. GEORGE, ESQUIRE**
30 Middleton Road
Moorestown, New Jersey 08057
Telephone: (215) 665-3140
Cell: 856 313-9432
edmond.george@obermayer.com

## EDUCATION
- **Temple University School of Law**, Philadelphia, PA
  (LLM in Taxation, 1987)
- **Western Michigan University Cooley Law School**, Lansing, MI
  (J.D., 1986 *cum laude*). Class Ranking - top 10%
- **Pennsylvania State University**, University Park, PA
  (B.S., Administration of Justice, 1982, Dean's List)

## PROFESSIONAL BACKGROUND
- **Obermayer Rebmann Maxwell & Hippel LLP**, Philadelphia, PA
  *Chairman and Partner, Financial Reorganization Department – 1987 – present.* Handle all aspects of a complex Chapter 11 bankruptcy practice, including supervision of the department's three associates, representation of debtors, trustees and creditor's committees in Chapter 7 and Chapter 11 cases throughout the country.
- **Honorable Vincent Cirillo**, President Judge Superior Court of Pennsylvania
  *Law Clerk to the President Judge – 1986 – 1987*
  Drafted memorandum opinions for the President Judge, appellate panels and the Superior Court *en banc*.

## BAR ADMISSIONS
- State Admissions: Supreme Court of Pennsylvania, 1986; Supreme Court of New Jersey, 1988, Washington D.C., 1988
- Federal Admissions: United States District Court for the Eastern District of Pennsylvania; United States District Court for the Middle District of Pennsylvania; United States District Court for the Western District of Pennsylvania; United States District Court for the District of New Jersey United States Court of Appeals for the Third Circuit.

## AREAS OF PRACTICE
- Lead counsel and partner in charge of numerous complex Chapter 11 bankruptcy cases. Extensive expertise in "mega" proceedings including serving as bankruptcy counsel to legal representatives of medically-impaired classes in mega-asbestos cases, representation of Chapter 11 Trustees, and representation of Chapter 11 Committees of Unsecured Creditors. Representation of interested parties in numerous public company Chapter 11 proceedings. Regularly appear before the Bankruptcy Courts for the District of Delaware, the Eastern District of Pennsylvania, the District of New Jersey,

- and the Southern District of New York.  Experience also includes serving as lead trial counsel in significant commercial adversary proceedings
- Extensive jury and non-jury experience trying complex commercial cases in various state and federal courts in the tri-state area. Litigation experience in employment, contracts, construction litigation, franchise, retail, real estate, secured transactions, shareholder disputes, intellectual property, recording and artists royalties, tax appeals, and many other areas
- Appellate experience in numerous appeals including two successful Third Circuit Court of Appeals cases: In re Molded Acoustical, 18 F.3d 217 (3d Cir. 1994);  In re Lower Bucks Hospital, Third Circuit, July 3, 2014, 13-1311
- Administrative law experience stemming from years of representing a Public Utility in Philadelphia before eth Federal Energy Regulatory Commission
- Have acted an expert in the area of insolvency and bankruptcy law

**PROFESSIONAL AFFILIATIONS/ACKNOWLEDGEMENTS**
- American Trial Lawyers Association – Member
- American Bankruptcy Institute – Member and Lecturer
- American Bar Association – Member
- Eastern District of Pennsylvania Bankruptcy Conference – Member
- Pennsylvania Bar Association – Member and Lecturer
- Turnaround Managers Association – Member
- 2012, 2013, 2019, 2023, 2024.2025 *Superlawyers*
- 2012, 2013 South Jersey Magazine *Top Lawyers* in Bankruptcy and litigation
- Philadelphia Business Journal Best of the Bar 2018
- Frequent lecturer and participant in E.D.Pa Bankruptcy Bar presentation
- TAC member for GUC Trust – Endo Pharmaceuticals
- TAC member for GUC Trust – Mallinckrodt Pharmaceuticals

**COMMUNITY AFFILIATIONS AND ACTIVITIES**
- South Jersey Chamber of Commerce, Member. 2007 to present
- Moorestown Business Association, Member.
- Moorestown Economic Development Advisory Committee, *Vice Chairman,* 2007 to 2014. Responsible for Significant economic development initiatives in Moorestown New Jersey, including the liquor referendum, Sustainable Moorestown, recovery of vacant properties, traffic issues, parking, infrastructure improvements and other important economic development issues
- Candidate, Moorestown Town Council. 2014
- Partner, *Moorestown Field House*.  Part owner of 55,000 square foot scholastic athletic training facility developed on an abandoned greenhouse property on Flynn Avenue in Moorestown, New Jersey.  The project was an economic development success for Moorestown, returning an abandoned property to the tax rolls and providing a local training facility for South Jersey athletes

4820-4472-5881

- Consultant, Moorestown School District 2013 (*pro bono*) on important economic issues facing New Jersey School Districts

## EXTRA CURRICULAR ACTIVITIES

- American Heart Association, *"Go Red for Women"* – Corporate Leader – multiyear sponsor and corporate fundraiser. Raising many thousands of dollars for heart health for woman
- Military Assistance Project – providing free legal services to our men and women in the military returning from service to financial issues
- University of Pennsylvania, *Quaker Classic Moot Court Competition* – 2013, 2014, 2015, 2020. Presiding Judge. Presiding Judge for Collegiate moot court competitors at the University of Pennsylvania.
- University of Pennsylvania, *High School Moot Court Competition* – 2015. Presiding Judge.
- Mallinckrodt Trust Advisory member, Mallinckrodt Pharmaceuticals, Chapter 11 Plan Trust - 2023 to present
- Endo Trust Advisor member, Endo Pharmaceuticals Chapter 11 Plan Trust - 2023 to present.

## BOARD AFFILIATIONS

Former President of the Board – *Camden Community Charter School* ("CCCS"). CCCS is a K through 6th grade Charter School in Camden New Jersey. CCCS is made up of 400 students, faculty and a brand new state of the art Charter School facility located in North Camden. 2012 to 2020.

## RECENT LECTURES AND SPEAKING ENGAGEMENTS

- *The Great Debate*, 2014 Eastern District of Pennsylvania Bankruptcy Conference, fall series. Debated Frederick Baker, Esquire, Assistant United States Trustee, E.D.Pa. on corporate restructuring officers and their role in reorganizations
- *Preference Litigation Primer,* Eastern District of Pennsylvania Bankruptcy Bar presentation *2012*
- Oliver Sprinkler- Lectured well known construction company employees on the ramifications of the new Mechanics Lien law in Pennsylvania

## PERSONAL

- Married to Danya George with two adult children.
- Moorestown resident for 35 years.

4820-4472-5881