UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJ KATARIA, HEENA BHANUSHALL, and FIVE STAR CIGAR CORPORATION  Plaintiffs, | Civil Action |
| | No. 2:25-cv-001137 |
| vs. | |
| SYED BOKHARI, SHALINDER NICHANI AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC, Defendants, and, | Honorable Kai N. Scott |
| FIVE STAR CIGAR CORPORATION, | |
| Nominal Defendant | |

**PRAECIPE FOR ENTRY OF APPEARANCE**

Please enter my appearance as co-counsel for defendants, Syed Bokhari, Shalinder Nichani, and Northeastern Wholesale Enterprises, LLC in the above-captioned case.

Dated: May 14, 2025                                         /s/*Matthew R. Sherlock*
                                                                         Matthew R. Sherlock, Esq.
                                                                         PA Attorney ID 310213
                                                                         ROTHBERG FEDERMAN & HOLLISTER, P.C.
                                                                         3103 Hulmeville Road, Suite 200
                                                                         Bensalem, PA 19020
                                                                         msherlock@rfh.law
                                                                         *Attorneys for Defendants, Syed Bokhari, Shalinder Nichani, and Northeastern Wholesale Enterprises, LLC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 14th day of May, 2025 a copy of the foregoing Praecipe for Entry of Appearance was filed with the Court via the CM/ECF system and served on the following counsel of record by U.S. mail, postage prepaid:

Jack Meyerson, Esq.
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103

Matthew Miller, Esq.
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103

/s/*Matthew R. Sherlock*
Matthew R. Sherlock, Esq.
PA Attorney ID 310213
ROTHBERG FEDERMAN & HOLLISTER, P.C.
3103 Hulmeville Road, Suite 200
Bensalem, PA 19020
msherlock@rfh.law
*Attorneys for Defendants, Syed Bokhari, Shalinder Nichani, and Northeastern Wholesale Enterprises, LLC.*