Jack Meyerson, Esq. (No. 16405)
Matthew Miller, Esq. (No. 309791)
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103
(215) 972-1376
jmeyerson@meyersonlawfirm.com
mmiller@meyersonlawfirm.com

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJ KATARIA, HEENA BHANUSHALI, and FIVE STAR CIGAR CORPORATION, | Civil Action |
| Plaintiffs, | No. 2:25-cv-01137 |
| v. | |
| SYED BOKHARI, SHALINDER NICHANI, AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC, | |
| Defendants, and, | |
| FIVE STAR CIGAR CORPORATION, | |
| Nominal Defendant. | |

### PLAINTIFFS' EXHIBITS FOR PRELIMINARY INJUNCTION HEARING

P-1. 100k Cash given to Syed Shelly

P-4. 2024-06-21 Syed Raj Texts

P-6. 2024-06-25 Syed Shelly Adel Raj Texts

P-7. 2024-07-17 PA Articles of Incorporation & Docketing statement

P-8. 2024-08-06 Signed Commercial Lease

P-10. 2024-08-22 Syed Shelly Amir Zaheer Raj Texts

1

P-11. 2024-08-23 Five Star Corporate Resolution signed

P-12. 2024-08-26 Wire Transfer Payment Northeastern

P-16. 2024-09-13 Wholesaler License Application Consent Forms_Redacted

P-23. 2024-10-24 Wire and 10-28 Check

P-24. Plaintiffs' Wire Transfers

P-25. 2024-10-30 FIVE STAR CIGAR CORPORATION - TOBACCO PRODUCTS LICENSE - OTP Wholesaler

P-26. 2024-11-07 Syed Raj Texts

P-30. 2024-11-20 Texts Shelly Raj

P-33. 2024-12-22 Syed Shelly Amir Zaheer Raj Texts

P-35. 2024-12-30 Plaintiff's Email Re January Meeting

P-38. 2025-01-07 Confirmation of January 9 Meeting

P-42. 2025-01-10 Resnick Invoice and Payment (Filing 22-4. Exhibit B)

P-43. 2025-01-10 Sinistro Invoice and Payment (Filing 22-6. Exhibit D)

P-48. 2025-01-20 Email Raj to Shareholders

P-49. 2025-01-21 Letter to Raj Kataria

P-62. Five Star Bank Statements

P-66. Def Bokhari Declaration in Opposition

P-68. IMPORTANT DATES

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: May 15, 2025 | /s/ Matthew Miller<br>Matthew Miller, Esq.<br>Jack Meyerson, Esq.<br>MEYERSON & MILLER<br>1600 Market Street, Suite 1305<br>Philadelphia, PA 19103 |