UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJ KATARIA, HEENA BHANUSHALL, and FIVE STAR CIGAR CORPORATION<br>Plaintiffs,<br><br>vs.<br><br>SYED BOKHARI, SHALINDER NICHANI AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC,<br>Defendants, and,<br><br>FIVE STAR CIGAR CORPORATION,<br><br>Nominal Defendant | Civil Action<br><br>No. 2:25-cv-001137-KNS |

## DEFENDANT'S AMENDED PRELIMINARY INJUNCTION EXHIBIT LIST

D-2: Text Messages between Heena and Syed ……………………………………….[ECF No] -1

D-7 Citizens General Deposit Resolution for Five Star Cigar Corp. ……………….. [ECF No] -2

D-8 Text Messages between Raj and Francisco ……………………………………...[ECF No] -3

D-16 Estes Express Lines Inventory List ………………………………………….... [ECF No] -4

D-17 Northeastern Bank Statement ………………………………………………… [ECF No] -5

D-18 Five Star Check to Northeastern ……………………………………………… [ECF No] -6

D-19 Five Star Sales report 11.2024-06.2025 …………………………………….… [ECF No] -7

**ROTHBERG, FEDERMAN,<br>& HOLLISTER, P.C.**

*/s/ Michael T. Hollister*
Michael T. Hollister, Esquire
Attorney ID No. 87083
mhollister@rfh.law
*Attorneys for Defendants, Syed Bokhari, Shalinder Nichani, and Northeastern Wholesale Enterprises, LLC.*

Dated: June 24, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJ KATARIA, HEENA BHANUSHALL, and FIVE STAR CIGAR CORPORATION<br>Plaintiffs,<br><br>vs.<br><br>SYED BOKHARI, SHALINDER NICHANI AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC,<br>Defendants, and,<br><br>FIVE STAR CIGAR CORPORATION,<br><br>Nominal Defendant | Civil Action<br><br>No. 2:25-cv-001137-KNS |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of June, 2025 a copy of the foregoing Table of Contents was filed with the Court and served on all the following counsel of record via the CM/ECF system:

Jack Meyerson, Esq.
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103

Matthew Miller, Esq.
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ  07068

                        **ROTHBERG, FEDERMAN,**
                            **& HOLLISTER, P.C.**

                        */s/ Michael T. Hollister*
                        Michael T. Hollister, Esquire
                        Attorney ID No. 87083
                        mhollister@rfh.law
                        *Attorneys for Defendants, Syed Bokhari, Shalinder Nichani, and Northeastern Wholesale Enterprises, LLC.*

Dated: June 24, 2025