UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJ KATARIA, HEENA BHANUSHALL, and FIVE STAR CIGAR CORPORATION<br>Plaintiffs, | Civil Action<br><br>No. 2:25-cv-001137-KNS |
| vs. | |
| SYED BOKHARI, SHALINDER NICHANI AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC,<br>Defendants, and, | |
| FIVE STAR CIGAR CORPORATION,<br><br>Nominal Defendant | |

## DEFENDANT'S EXHIBIT LIST FOR PRELIMINARY INJUNCTION HEARING ON JUNE 25, 2025

D-11: Cigar Inventory Lists ……………….………………………………….[ECF No] -1

D-12 Non-Cigar Inventory Lists ……………………………….…………….. [ECF No] -2

D-13 Invoices from Northeastern Wholesale Enterprises, LLC…………………....[ECF No] -3

D-14 Invoices to Northeastern Wholesale Enterprises, LLC ………………….... [ECF No] -4

D-15 Invoices from Five Star Cigar ..…………………………………………… [ECF No] -5

D-16 Estes Express Lines Inventory List ...……………………………………[ECF No] -6

D-17 Northeastern Wholesale Sale Enterprises, LLC Bank Records ………………[ECF No] -7

D-19 Five Star Sales Reports November 2024 – June 2025 ………………………..[ECF No] -8

D-20 Report of Findings of John J. O'Donnell ……………………………………. [ECF No] -9

**ROTHBERG, FEDERMAN,**
**& HOLLISTER, P.C.**

*/s/ Michael T. Hollister*
Michael T. Hollister, Esquire
Attorney ID No. 87083

Dated: June 27, 2025

mhollister@rfh.law
*Attorneys for Defendants, Syed Bokhari, Shalinder Nichani, and Northeastern Wholesale Enterprises, LLC.*