## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJ KATARIA, HEENA BHANUSHALL, and FIVE STAR CIGAR CORPORATION Plaintiffs, | : : : : | Civil Action<br><br>No. 2:25-cv-001137-KNS |
| vs. | : : | |
| SYED BOKHARI, SHALINDER NICHANI AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC, Defendants, and, | : : : : : : | |
| FIVE STAR CIGAR CORPORATION, | : : | |
| <u>Nominal Defendant</u> | : | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 27th day of June, 2025 a copy of the foregoing Table of Contents was filed with the Court and served on all the following counsel of record via the CM/ECF system:

Jack Meyerson, Esq.
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103


Matthew Miller, Esq.
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103


Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ  07068

|  | **ROTHBERG, FEDERMAN, & HOLLISTER, P.C.** |
|---|---|
| Dated: June 27, 2025 | */s/ Michael T. Hollister*<br>Michael T. Hollister, Esquire<br>Attorney ID No. 87083<br>mhollister@rfh.law<br>*Attorneys for Defendants, Syed Bokhari, Shalinder Nichani, and Northeastern Wholesale Enterprises, LLC.* |