Jack Meyerson, Esq. (No. 16405)
Matthew Miller, Esq. (No. 309791)
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103
(215) 972-1376
jmeyerson@meyersonlawfirm.com
mmiller@meyersonlawfirm.com

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAJ KATARIA, HEENA BHANUSHALI, and FIVE STAR CIGAR CORPORATION, | : | Civil Action |
| Plaintiffs, | : | No. 2:25-cv-01137 |
| v. | : | |
| SYED BOKHARI, SHALINDER NICHANI, AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC, | : | |
| Defendants, and, | : | |
| FIVE STAR CIGAR CORPORATION, | : | |
| Nominal Defendant. | : | |

**PLAINTIFFS' THIRD AMENDED EXHIBITS
FOR PRELIMINARY INJUNCTION HEARING**

P-37. January 2nd Envelope (Contents)

P-37A. January 2nd Envelope

P-39. January 9th Envelope (Contents)

P-39A. January 9th Envelope

P-64. Stephen Scherf, CV/Rule 26

P-72. EPC Manufacturer's Invoice No. 20844

1

P-74. Invoice No. 00001212224123302 from Northeastern to Five Star

P-75. Northeastern Invoices (Cigar World)

P-76. Plaintiffs' Expert Report

P-77. Defendants' Expert Rebuttal Report

P-78. Estes Freight Bill

P-81. Transcript of Defendant Bokhari's Testimony

P-82. Emails re Five Star Discounts

P-83. Five Star Invoices

                                                  Respectfully submitted,

Dated: June 30, 2025                    /s/ Jack Meyerson
                                                 Jack Meyerson, Esq.
                                                 Matthew Miller, Esq.
                                                 MEYERSON & MILLER
                                                 1600 Market Street, Suite 1305
                                                 Philadelphia, PA 19103