Jack Meyerson, Esq. (No. 16405)
Matthew Miller, Esq. (No. 309791)
MEYERSON & MILLER
1600 Market Street, Suite 1305
Philadelphia, PA 19103
(215) 972-1376
jmeyerson@meyersonlawfirm.com
mmiller@meyersonlawfirm.com

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAJ KATARIA, HEENA BHANUSHALI, and FIVE STAR CIGAR CORPORATION, | : | Civil Action |
| Plaintiffs, | : | No. 2:25-cv-01137 |
| v. | : | |
| SYED BOKHARI, SHALINDER NICHANI, AMIR WAQAR AHMED, MOHAMMAD ILLAHI, and NORTHEASTERN WHOLESALE ENTERPRISES, LLC, | : | |
| Defendants, and, | : | |
| FIVE STAR CIGAR CORPORATION, | : | |
| Nominal Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Jack Meyerson, Esq., hereby certify that on June 30, 2025, a true and correct copy of the foregoing Plaintiffs' Third Amended Exhibits for Preliminary Injunction Hearing was served via email on below listed counsel for Defendants:

Michael T. Hollister, Esquire
Rothberg, Federman, Hollister
3103 Hulmeville Road, Suite 200
Bensalem, PA 19020
MHollister@rfh.law

1

Matthew Sherlock, Esq.
Rothberg, Federman, Hollister
3103 Hulmeville Road, Suite 200
Bensalem, PA 19020
MSherlock@rfh.law

Kenneth Ferris, Esquire
Rudolph, Pizzo & Associates, LLC
4 Interplex Dr., Suite 105
Trevose, PA 19053 - 6940
kferris@pizzorudolph.com

        Respectfully submitted,

        /s/ Jack Meyerson
        Jack Meyerson, Esq.