## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAJ KATARIA et al** | : | |
| | : | |
| | : | |
| *Plaintiff(s)* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-1137** |
| | : | |
| | : | |
| **SYED IMRAN BOKHARI et al** | : | |
| | : | |
| *Defendant(s)* | : | |

### RESCHEDULING NOTICE

The **STATUS CONFERENCE** previously scheduled for **AUGUST 4, 2025, at 10:30 a.m.** has been **RESCHEDULED to AUGUST 5, 2025, at 11:30 a.m. via telephone** before the **Honorable Kai N. Scott**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**Parties are reminded to comply with the directives outlined in the original notice.**

*s/Tayai Lester*
**TAYAI LESTER**
Judicial Assistant, to the
Honorable Kai N. Scott
United States District Court Judge

**Date of Notice: July 22, 2025**
**Copies sent via ECF notification**