IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJ KATARIA et al., | : |
| *Plaintiffs,* | : |
| v. | : CIVIL NO. 25-1137 |
| SYED IMRAN BOKHARI et al., | : |
| *Defendants.* | : |

## ORDER

AND NOW, this **11th** day of **August 2025**, upon consideration of Plaintiffs' Motion for a Preliminary Injunction (ECF No. 4) and for reasons explained in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge