IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAJ KATARIA et al., | : | CIVIL ACTION |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| SYED IMRAN BOKHARI et al., | : | |
| *Defendants.* | : | NO. 25-1137 |

## ORDER

**AND NOW**, this **2nd** day of **December 2025**, upon consideration of the Plaintiffs' second motion for a preliminary injunction (ECF No. 80) and for reasons explained in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' motion is **DENIED**.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge