IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJ KATARIA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SYED IMRAN BOKHARI, *et al.*,<br><br>　　　　Defendants. | Civil Case No. 25-01137 (KNS) |

## MOTION TO INTERVENE OF ABDUL MALIK

Abdul Malik, through his undersigned counsel, hereby moves pursuant to Federal Rules of Civil Procedure 24(a) and 24(b) to intervene in this matter for the reasons set forth in his Memorandum of Law in Support, which is incorporated herein by reference.

Dated: December 12, 2025

**BIELLI & KLAUDER, LLC**

*/s/ Thomas D. Bielli*
Thomas D. Bielli (No. 202100)
1905 Spruce Street
Philadelphia, PA  19801
Phone: 215-642-8271
tbielli@bk-legal.com

*Counsel to Abdul Malik*