IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAJ KATARIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SYED IMRAN BOKHARI, *et al.*,<br><br>Defendants. | Civil Case No. 25-01137 (KNS) |

**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR
ABDUL MALIK'S MOTION TO INTERVENE**

Upon consideration of the Motion to Intervene by Abdul Malik, and any responses thereto, it is **ORDERED** that the Motion is granted. It is **FURTHER ORDERED** that Abdul Malik may intervene in this action and file his Complaint.

**SO ORDERED** this \_\_\_\_\_ day of _____, 2025.

_____
The Honorable Kai N. Scott

1