**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAJ KATARIA et al.,** | : | |
| ***Plaintiffs,*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-1137** |
| | : | |
| **SYED BOKHARI et al.,** | : | |
| ***Defendants.*** | : | |

**ORDER**

**AND NOW**, this **18th** day of **August 2026**, upon consideration of Counterclaim Defendant Abdul Malik's Motions to Dismiss (ECF Nos. 129, 143), Third-Party Defendant Syed Nasir's Motion to Dismiss (ECF No. 144), the responsive briefing thereto, and for reasons explained in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Counterclaim Defendant Abdul Malik's Motion to Dismiss (ECF No. 129) is **DENIED AS MOOT**.
2. Counterclaim Defendant Abdul Malik's Motion to Dismiss (ECF No. 143) is **GRANTED**.
3. Third-Party Defendant Syed Nasir's Motion to Dismiss (ECF No. 144) is **GRANTED**.
4. Third-Party Defendant Syed Nasir's Motion to Say (ECF No. 147) is **DENIED AS MOOT**.

**BY THE COURT:**

**HON. KAI N. SCOTT**
**United States District Court Judge**