**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAJ KATARIA et al.,** | : | |
| | : | |
| ***Plaintiffs,*** | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-1137** |
| | : | |
| **SYED IMRAN BOKHARI et al.,** | : | |
| | : | |
| | : | |
| ***Defendants.*** | : | |

**ORDER**

**AND NOW**, this **6th** day of **November 2026**, following a status conference held on November 5, 2026, it is **hereby ORDERED** as follows:

1. Plaintiffs Raj Kataria, Heena Bhanushali, and Five Star Cigar Corporation shall file one omnibus reply in opposition to the motions for protective orders (the "Motions") (ECF Nos. 192, 193, and 194) limiting Plaintiffs' subpoenas of Defendant Shalinder Nichani, Defendant Syed Bokhari, Nichani Non-Parties, and Bokhari Non-Parties on or before **November 17, 2026**.

2. Plaintiffs' omnibus reply brief shall not exceed fifteen (15) pages in length.

3. Counsel for the relevant Defendants and non-parties shall file a response on or before **November 20, 2026**.

4. The Court will hear oral argument on the Motions in Courtroom 13B on **November 24, 2026, at 1:00 p.m.** Counsel for the Defendants not at issue in the subpoenas shall be permitted to attend remotely.

5. The Joint Motion for Briefing Schedule (ECF No. 195) is **DENIED AS MOOT**.

**BY THE COURT:**

Kai N. Scott

**HON. KAI N. SCOTT**
**United States District Court Judge**